STATE of Missouri, Respondent,

v.

Daniel R. ROBERTS, Appellant.

No. WD 59743.

Missouri Court of Appeals,
Western District.

March 19, 2002.

Kent Denzel, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, HAROLD L. LOWENSTEIN, Judge and JOSEPH M. ELLIS, Judge.

**ORDER**

PER CURIAM.

Daniel Roberts appeals from his convictions after a jury trial for second-degree burglary, § 569.170, second-degree arson, § 569.050, and resisting arrest, § 575.150. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the rea-

sons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).